IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-10382TPA |
| | : | |
| JANINE M. LaFRANCE | : | |
|          Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|          Movant | : | CHAPTER 13 |
| | : | |
|          v. | : | RELATED TO CLAIM NO. 6 |
| | : | |
| JANINE M. LaFRANCE; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13, | : | |
|          Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY
        & KROTO, INC.

    By:    */s/Michael S. JanJanin*
        Michael S. Jan Janin, Esq.
        Pa. I.D. No. 38880
        2222 West Grandview Boulevard
        Erie, PA 16506-4508
        Phone: (814) 833-2222, Ext. 1045
        Phone: (814) 314-1051 (Direct)
        Fax: (814) 833-6753
        Email: mjanjanin@quinnfirm.com
#1001762        Attorneys for Debtor, Janine M. LaFrance

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-10382TPA |
| | : | |
| JANINE M. LaFRANCE | : | |
|     Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|     Movant | : | CHAPTER 13 |
| | : | |
|    v. | : | RELATED TO CLAIM NO. 6 |
| | : | |
| JANINE M. LaFRANCE; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13, | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

  I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 7, 2016.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ____Electronic Notification_____.

  Ronda Winnecour, Esquire, Chapter 13 Trustee
  **Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 7, 2016

                  By:  */s/Michael S. JanJanin*_____
                      Signature

                      Michael S. Jan Janin, Esq._____
                      Typed Name

                      2222 W. Grandview Blvd., Erie, PA 16506-4508_____
                      Address

                      (814) 833-2222 ext. 1045_____
                      Phone No.

                      PA ID #38880_____
                      List Bar I.D. and State of Admission