**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JANINE MARIE LAFRANCE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-10382 TPA <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/22/2013 and confirmed on 05/16/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,578.79 |
| Less Refunds to Debtor | 2,150.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,428.51 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,481.00 | |
|    Trustee Fee | 1,382.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,863.90 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITY OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXE PA | | | | |
|   PNC BANK NA | 0.00 | 28,284.31 | 0.00 | 28,284.31 |
|     Acct: 9122 | | | | |
|   NATIONAL CITY BANK OF PA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXE PA | | | | |
|   PNC BANK NA | 1,584.32 | 1,280.30 | 0.00 | 1,280.30 |
|     Acct: 9122 | | | | |
| | | | | 29,564.61 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 2,481.00 | 2,481.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANINE MARIE LAFRANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANINE MARIE LAFRANCE | 365.00 | 365.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANINE MARIE LAFRANCE | 1,785.28 | 1,785.28 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 3,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3095 | | | | |
| ECMC(*) | 5,400.04 | 0.00 | 0.00 | 0.00 |
| Acct: 3095 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MICHELLE TRUNZO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,496.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6938 | | | | |
| RBS CITIZENS NA(*) | 12,049.97 | 0.00 | 0.00 | 0.00 |
| Acct: 9067 | | | | |
| RBS CITIZENS NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0500 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION | 53,647.45 | 0.00 | 0.00 | 0.00 |
| Acct: 3095 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RJM ACQUISITIONS LLC*++ | 120.27 | 0.00 | 0.00 | 0.00 |
| Acct: 1519 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR FOF | 536.87 | 0.00 | 0.00 | 0.00 |
| Acct: 7529 | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                    29,564.61

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 1,584.32 |
| UNSECURED | 76,750.75 |

Date: 07/22/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com